U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 NOV 15 PM 12:54

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.: 5:22-cr-136-1 |
| ) | |
| TYLER POLLENDER-SAVERY, ) | |
| Defendant ) | |

### INFORMATION

The United States Attorney charges:

### COUNT 1

On or about January 11, 2018, in the District of Vermont, defendant TYLER POLLENDER-SAVERY, knowing he was an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed the following firearms which had been shipped and transported in interstate and foreign commerce:

- Anderson AM 15 .223 Rifle – s/n 0714020655
- Savage Arms 12 gauge shotgun – s/n 138992Q
- Ruger 10-22 Rifle – s/n 357-91758
- Ruger 10-22 Rifle – s/n 352-60717
- Century Arms .270 Rifle – s/n B6966
- Sears 410 Rifle – s/n 583 2087
- Remington 870 12 gauge shotgun – s/n AB491138A
- Smith & Wesson .357 revolver – s/n 3168.

(18 U.S.C. § 922(g)(3))

_Nikolas P. Kerest_ (WLF) for
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
November 15, 2022